UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:10-cr-204-DBH |
| ) | |
| CHRISTINA TORRES-YORK, ) | |
| Defendant ) | |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

The motion to withdraw as counsel is **Granted**.

In light of the government's response to my Order to Show Cause, it appears that I have jurisdiction to rule on the motion to substitute victim. The defendant and her appellate counsel have both been given notice of the government's position.

Accordingly, the defendant shall notify the court by February 24, 2012, whether she has any objection to the motion to substitute victim.

The Clerk's office shall forward a copy of this Order to the defendant at her prison address and to her appellate counsel. I understand that ECF notice will go to her previous counsel and the government.

**So Ordered.**

**Dated this 10th day of February, 2012**

/s/D. Brock Hornby  
**D. Brock Hornby**  
**United States District Judge**